# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| STINGRAY IP SOLUTIONS, LLC, § § Plaintiff, § § v. § § HEWLETT PACKARD ENTERPRISE § COMPANY, § § Defendant. § | CIVIL ACTION NO. 2:24-cv-00868-JRG-RSP |

## JOINT (AGREED) MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Stingray IP Solutions, LLC ("Stingray") and Defendant Hewlett Packard Enterprise Company ("HPE") file this Joint Motion for Entry of Protective Order in the above-captioned case. The parties, having conferred and agreed to all terms in the proposed Protective Order, attached hereto as Exhibit A, respectfully request the Court grant this Motion and enter the agreed Protective Order.

| | |
|---|---|
| Dated: February 18, 2025 | Respectfully submitted, |

/s/ *Jeffrey R. Bragalone*

Jeffrey R. Bragalone (lead attorney)
Texas Bar No. 02855775
E-mail: jbragalone@bosfirm.com
Terry A. Saad
Texas Bar No. 24066015
E-mail: tsaad@bosfirm.com
Marcus Benavides
Texas Bar No. 24035574
E-mail: mbenavides@bosfirm.com
Brandon V. Zuniga
Texas Bar no. 24088720
E-mail: bzuniga@bosfirm.com
Mark M.R. Douglass
Texas Bar No. 24131184
Email: mdouglass@bosfirm.com
**BRAGALONE OLEJKO SAAD PC**
901 Main Street
Suite 3800
Dallas, Texas 75202
Telephone:    (214) 785-6670
Facsimile:    (214) 785-6680

Andrea L. Fair
State Bar No. 24078488
andrea@millerfairhenry.com
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Tel: (903) 757-6400
Fax: (903) 757-2323

**ATTORNEYS FOR PLAINTIFF STINGRAY IP SOLUTIONS LLC**

/s/ *Bradley D. Coburn*

Barry K. Shelton
Texas Bar No. 24055029
E-mail: bshelton@sheltoncoburn.com
Bradley D. Coburn
Texas Bar No. 24036377
E-mail: coburn@sheltoncoburn.com
**SHELTON COBURN LLP**
311 RR 620 S, Suite 205
Austin, TX 78734
Telephone: 512.263.2165
Facsimile: 512.263.2166

Melissa R. Smith
Texas Bar No. 24001351
E-mail: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903.934.8450

**ATTORNEYS FOR DEFENDANT HEWLETT PACARD ENTERPRISE COMAPANY**

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel in this case has complied with the meet and confer requirement set out in Local Rule CV-7(h) and that this motion is agreed to jointly by the parties and unopposed.

*/s/ Marcus Benavides*
MARCUS BENAVIDES

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rules. Therefore, this document was served on all counsel who are deemed to have consented to electronic service on February 18, 2025.

*/s/ Marcus Benavides*
MARCUS BENAVIDES
