# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| STINGRAY IP SOLUTIONS LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> HEWLETT PACKARD ENTERPRISE § <br> COMPANY, § <br> § <br> Defendant. § | CIVIL ACTION NO. 2:24-cv-00868-JRG-RSP <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Stingray IP Solutions LLC ("Stingray") and Defendant Hewlett Packard Enterprise Company ("HPE") (collectively, the "Parties") respectfully submit this Joint Motion to Stay All Deadlines and Notice of Settlement. The Parties respectfully inform the Court as follows:

The Parties have reached a settlement in principle of all matters in controversy, pending documentation, and request that the Court stay all deadlines in the above-captioned case for thirty (30) days in order to permit the parties to finalize the details of the settlement and to jointly file dismissal papers with the Court.

Dated: January 27, 2026                                          Respectfully submitted,

| | |
|---|---|
| /s/ *Jeffrey R. Bragalone*<br>Jeffrey R. Bragalone (lead attorney)<br>Texas Bar No. 02855775<br>E-mail: jbragalone@bosfirm.com<br>Terry A. Saad<br>Texas Bar No. 24066015<br>E-Mail: tsaad@bosfirm.com<br>Marcus Benavides<br>Texas Bar No. 24035574<br>E-mail: mbenavides@bosfirm.com<br>Brandon V. Zuniga<br>Texas Bar No. 24088720<br>E-mail: bzuniga@bosfirm.com<br>Mark M.R. Douglass<br>Texas Bar No. 24131184<br>E-mail: mdouglass@bosfirm.com<br>**BRAGALONE OLEJKO SAAD PC**<br>901 Main Street<br>Suite 3800<br>Dallas, Texas 75202<br>Telephone:     (214) 785-6670<br>Facsimile:      (214) 785-6680<br><br>Of Counsel:<br>Andrea L. Fair<br>State Bar No. 24078488<br>andrea@millerfairhenry.com<br>**MILLER FAIR HENRY PLLC**<br>1507 Bill Owens Parkway<br>Longview, Texas 75604<br>Telephone: (903) 757-6400<br>Facsimile: (903) 757-2323<br><br>**ATTORNEYS FOR PLAINTIFF STINGRAY IP SOLUTIONS LLC** | /s/  *Barry K. Shelton*<br>Barry K. Shelton (lead attorney)<br>bshelton@sheltoncoburn.com<br>TX Bar No. 24055029<br>Bradley D. Coburn<br>coburn@sheltoncoburn.com<br>TX Bar No. 24036377<br>**SHELTON COBURN LLP**<br>311 Ranch Road 620 S, Suite 205<br>Austin, TX 78734<br>Telephone: (512) 263-2165<br>Facsimile: (512) 263-2166<br><br>Melissa R. Smith<br>TX Bar No. 24001351<br>melissa@gillamsmithlaw.com<br>**GILLAM & SMITH, LLP**<br>303 S. Washington Avenue<br>Marshall, TX 75670<br>Telephone: (903) 934-8450<br>Fax: (903) 934-9257<br><br>**ATTORNEYS FOR DEFENDANT HEWLETT PACKARD ENTERPRISE COMPANY** |

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), I certify that counsel for Plaintiff Jeffrey R. Bragalone conferred with counsel for Defendant Barry Shelton on January 27, 2026, and as reflected in the body of the Motion, the Parties agree to the form and substance of the Motion and the parties jointly submit it to the Court.

*/s/ Jeffrey R. Bragalone*
Jeffrey R. Bragalone

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was also served on all counsel who are deemed to have consented to electronic service on January 27, 2026.

*/s/ Brandon V. Zuniga*
Brandon V. Zuniga
