# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| STINGRAY IP SOLUTIONS LLC, § <br> § <br> *Plaintiff,* § <br> § Case No. 2:24-cv-00868-JRG-RSP <br> v. § <br> § <br> HEWLETT PACKARD ENTERPRISE § <br> COMPANY, § <br> § <br> *Defendant.* § | |

## ORDER

Before the Court is the Parties' Joint Motion for Stay and Notice of Settlement. **Dkt. No. 79**. Having considered the Motion, the Court is of the opinion that it be, and hereby is, **GRANTED**.

Therefore, it is **ORDERED** that all deadlines in the above captioned case are stayed until February 27, 2026, for the parties to file appropriate dismissal papers with the Court.

**SIGNED this 28th day of January, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE